[No. 19675-5-III.  Division Three.  October 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE KARL HAUSEUR, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 97-1-00152-2, Rebecca M. Baker, J., entered October 4, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 25669-0-II.  Division Two.  October 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD A. MARASCO, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 96-1-00389-6, H. John Hall, J., entered February 15, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25691-6-II.  Division Two.  October 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA ELAINE POSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04924-3, Nile E. Aubrey, J., entered February 18, 2000. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[Nos. 25871-4-II; 26231-2-II.  Division Two.  October 26, 2001.]

RANDY NORRIS, ET AL., *Appellants*, v. CHURCH & COMPANY, INC., *Respondent*.

Appeals from judgments of the Superior Court for Clark County, No. 99-2-04405-7, James E. Rulli, J., entered March 31 and June 30, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Houghton, J.